# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 15, 2022

## NO. 03-22-00156-CV

**S. B., J. B., and C. C., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the order signed by the trial court on March 17, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants S.B. and C.C. are indigent and unable to pay costs, no adjudication of costs is made as to S.B. and C.C. Appellant J.B. shall pay the filing fee related to the filing of his notice of appeal.